IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>KELLEE M. STEMPKA<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:22-cv-00142- CB<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

AND NOW, to wit, this 21st day of July, 2022, after presentation and consideration of the foregoing Motion for Default Judgment as to the Defendant Kellee M. Stempka, heretofore filed by Plaintiff, the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that judgment in mortgage foreclosure is entered against the Defendant, as follows:

That there is now fully due and owing the Plaintiff on the Note and Mortgage the following sums:

| | | |
|---|---|---:|
| (a) Principal and advances | $ | 96,402.27 |
| (b) Interest through 7/2/22 | | 27,259.74 |
| (c) Interest recapture | | 20,572.32 |
| (d) Attorney's fees | | 2,500.00 |
| (e) Costs | | to be added |
| (f) Late charges | | 81.06 |
| (g) Escrow/Impound Required | | 0.00 |
| (h) Interest charges on fees assessed | | 2,763.80 |
| (i) Fees currently assessed* | | <u>25,100.64</u> |
| Total due | $ | 174,679.83 |

together with interest at 6.375% per annum to the date of judgment, plus interest from the date of judgment at the legal rate, reasonable attorney's fees and collection costs.

6

It is further ORDERED that the subject property i.e., 10611 Townley Run Road, Wattsburg, PA 16442 hereby shall be and is exposed for sale for the purpose of satisfying Plaintiff's judgment.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

                                                  s/Cathy Bissoon
                                                  United States District Judge
                                                  Hon. Cathy Bissoon